UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SHEILA R. MUNOZ                     )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        Case No.: 8:11-cv-02247
                                    )
AMANDA ROATH DUFFY, *et al.*,       )
                                    )
        Defendants.                 )
_____     )

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COME NOW, through undersigned counsel, Asset Acceptance, LLC ("AA"), Amanda Duffy, Scott Meyer, Colleen Ashley, Michele Cristiano-Cummins, and Denise Owens (collectively referred to as the "Defendants") and file this Motion for Leave to Reply to Plaintiff' Response to Defendants' Motion to Dismiss and states:

1.      On October 18, 2011, plaintiff filed her Amended Complaint. Dkt. 12.

2.      On November 4, 2011 Defendants filed their Motion to Dismiss.  Dkt. 13.

3.      On November 8, 2011, plaintiff filed a 21-page response to Defendants' Motion to Dismiss.  Dkt. 14.

4.      In her response, plaintiff makes new allegations some of which are inconsistent with those in her amended complaint, cites to unpublished cases and/or to case that do not apply to the facts and circumstances present in this case, and fails to respond to many of Defendants' arguments and cases.  Defendants believe that it would be helpful to the Court to have these inconsistencies, cases, and issues not addressed by plaintiff explained in a short brief.

5.      As such, Defendants have prepared an 8-page pleading inclusive of the signature block and certificate of service in reply to plaintiff's response.

6.      **CERTIFICATE OF GOOD FAITH CONFERENCE**: Counsel for Defendants has contacted the pro se plaintiff to confer about the relief requested in this Motion; however, pro se plaintiff does not consent to the filing of this Motion or the relief requested therein unless she can have a copy of the reply brief and verify it for accuracy.  Presumably, if plaintiff objects to any part of the brief, she will not consent. Defendants do not expect plaintiff to agree to any part of the brief; therefore, at this time, Defendants represent that plaintiff does not consent to the filing of this Motion.

WHEREFORE, Defendants, Asset Acceptance, LLC, Amanda Duffy, Scott Meyer, Colleen Ashley, Michele Cristiano-Cummins, and Denise Owens, request that the Court grant this Motion and permit Defendants to file their 5-page reply and for such other relief as this Court deems just and proper.

DATED this 11th day of November 2011.

Respectfully Submitted,

/s/Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2465
Facsimile:   (866) 466-3140
kgrace@sessions-law.biz

Attorneys for Defendants,
Asset Acceptance, LLC et. al.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 11th day of November 2011 a copy of the foregoing was

served electronically via CM/ECF and via U.S. Regular Mail postage prepaid to:

Pamela Jeanne Chapman
100 Canebreakers Drive; Suite 205
Cocoa, FL  32927
*(Pro Se Plaintiff)*

<u>/s/Kenneth C. Grace</u>
Attorney

600130