UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHEILA R. MUNOZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 11-cv-02247-EAK-TGW |
| ) | |
| AMANDA ROATH DUFFY et al.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AGREED UPON MOTION FOR REQUEST FOR HEARING DATE
FOR CASE MANAGEMENT CONFERENCE**

COME NOW, through undersigned counsel, Asset Acceptance, LLC, ("AA"), Scott Meyer, Denise Owens, Colleen Ashley, Michelle Cristiano-Cummins, and Amanda Duffy (hereafter collectively referred to as "Defendants") and file this Agreed Upon Motion for Request for Hearing Date for Case Management Conference with Magistrate Judge Wilson pursuant to court Order [doc.14].

On October 14, 2011, the Court issued an order instructing the parties to file a request for a hearing date after the filing of the plaintiff's Amended Complaint and Defendant's Answer or other pleading has been filed.

On October 18, 2011, Plaintiff filed her Amended Complaint with the Court.

On November 4, 2011, Defendants filed their Motion to Dismiss Amended Complaint [doc.13], after which Plaintiff filed her response on November 8, 2011 [doc.14]. On November 15, 2011, Defendants filed their reply.

The parties have fulfilled their obligations per Court Order dated October 14, 2011 [doc. 14] and are prepared to conduct the conference. Defendants believe that an in

1

person in court case management conference is necessary to ensure that all parties and the Court are aware of the issues in the case, the manner and amount of time it will take to resolve all issues, and to ensure that the case management report and scheduling order is mutually agreeable to all parties and the Court.

The Parties respectfully request that said hearing be scheduled on one of the following days. December 28, 29 or 30 or January 1st or 2nd at 10:00 a.m. Counsel for Defendants is available on these dates, and the scheduling of a morning conference with sufficient advance notice will allow plaintiff to make the necessary personal and professional arrangements to enable her to attend. Counsel for Defendants expects that the conference will last no longer than 20 minutes.

## CERTIFICATION OF GOOD FAITH

Defendants, care of their counsel, conferred in writing with the pro se Plaintiff, who has previously agreed to the filing of a substantially similar motion and has since requested that counsel for Defendant move forward to ensure that the conference is coordinated and scheduled within a reasonable time period.

Dated, this 15th day of November, 2011

Respectfully Submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2465
Facsimile:   (866) 466-3140
kgrace@sessions-law.biz
dvanhoose@sessions-law.biz

*Attorneys for Defendants,*
*Asset Acceptance, LLC, Scott Meyer, Denise*
*Owens, Colleen Ashley, Michelle Cristiano-*
*Cummins, and Amanda Duffy*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November 2011, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing has been sent to Plaintiff via U.S. Mail to the following address:

Sheila R. Munoz
2829 Hickory Ridge Dr.
Lakeland, FL 33813
(Pro Se Plaintiff)

/s/ Kenneth C. Grace
Attorney

606673