FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

2011 DEC 27 PM 1:02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

SHEILA R. MUNOZ

    Plaintiff,

vs.                              Case No. 8:11-cv-02247-MSS-TGW

AMANDA ROATH DUFFY;
ASSET ACCEPTANCE, LLC, et al.

    Defendants./

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS         related to the closed civil case previously filed in State court as indicated below:

                        Case # 53-2011-CC-001415 Asset Acceptance, LLC, v. Sheila R. Munoz filed in County Court for Polk County, Florida. The case was *voluntarily* dismissed. This current case was originally filed as a Counterclaim in the State court case.

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after case reassignment.

Dated December 23, 2011

_____
Sheila R. Munoz, Pro Se Plaintiff
2829 Hickory Ridge Dr.
Lakeland, FL 33813
863.5813274

Kenneth C. Grace
Defendants' Counsel of Record
3350 Buschwood Park Dr., Ste. 195
Tampa, FL 33618
813.890.2460



247-MSS-TGW  Document 20  Filed 12/27/11  Page 2

Sheila R. Munoz
2829 Hickory Ridge Dr.
Lakeland, FL 33813

Clerk of Court, U.S. District Court
801 North Florida Ave.
Tampa, Florida 33602