# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHEILA R. MUNOZ,
       Plaintiff,

  -v-                                      CASE NO.  8:11-cv-02247-MSS-TGW

AMANDA ROATH DUFFY,
ASSET ACCEPTANCE, LLC,
MICHELE CRISTIANO-CUMMINS,
JENNA WOOD, SCOTT MEYER,
SCOTT ANDERSON, JESSICA FELIX,
DENISE OWENS, COLLEEN ASHLEY
AND CAROL MORGAN,
       Defendants.
_____/

## ORDER OF REFERENCE

This matter comes before the Court on Defendant's Agreed Upon Motion for Hearing Date for Case Management Conference (Doc. 18).

Upon consideration, **IT IS ORDERED**, that Defendant's Agreed Upon Motion for Hearing Date for Case Management Conference (Doc. 18) is referred to the Honorable Thomas G. Wilson, United States Magistrate Judge for entry of an appropriate order, including the holding of a preliminary pretrial conference, if appropriate.

**DONE and ORDERED** at Tampa, Florida this 10th day of January, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
U.S. Magistrate Judge
Counsel of Record
Any Unrepresented Party