UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEILA R. MUNOZ,

    Plaintiff,

v.                                     CASE No. 8:11-CV-2247-T-35TGW

AMANDA ROATH DUFFY, et al.,

    Defendants.

## ORDER

THIS CAUSE came on for consideration upon the Agreed Upon Motion for Request for Hearing Date for Case Management Conference (Doc. 18), which has been referred to me (Doc. 21).

It is, upon consideration,

ORDERED:

That the Agreed Upon Motion for Request for Hearing Date for Case Management Conference (Doc. 18) be, and the same is hereby **GRANTED**. Accordingly, a hearing is **SCHEDULED** for **January 31, 2012**, at **10:30 a.m.**, in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The hearing will be electronically recorded.

DONE and ORDERED at Tampa, Florida, this 10th day of January, 2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE