UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHEILA R. MUNOZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMANDA ROATH DUFFY et al.; )<br>)<br>Defendants. )<br>_____ ) | CASE NO: 11-cv-02247-EAK-TGW |

**MOTION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COME NOW, through undersigned counsel, Asset Acceptance, LLC, ("AA"), Scott Meyer, Denise Owens, Colleen Ashley, Michelle Cristiano-Cummins, and Amanda Duffy (hereafter collectively referred to as "Defendants") by and through the undersigned counsel, pursuant to Local Rule 7.1 and 26.1 and for the reasons set forth in this Motion, respectfully move to stay discovery pending the Court's ruling on Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

1.   On October 18, 2011, plaintiff filed her Amended Complaint.

2.   On November 4, 2011, Defendants' filed their Motion to Dismiss Plaintiff's Amended Complaint ("Motion").

3.   On November 8, 2011, plaintiff filed her response brief ("Response").

4.   And on November 15, 2011, Defendants filed their reply brief ("Reply").

5.   The issues contained in the Motion have been fully briefed for almost three (3) months; however, the Court has not yet ruled on it.

6. Defendants believe the entire matter (all counts) address solely issues of law, and will be resolved in their favor.

7. Defendants' Motion assumes each and every non-conclusory allegation and fact as alleged by plaintiff is true, but despite plaintiff's allegations, her claims still fail as a matter of law for the reasons set forth in the Motion and Reply.

8. In that all of the positions advanced in the Motion are legal in nature, no discovery will thwart Defendants' Motion, and discovery is unnecessary at this juncture.

9. Since there are numerous defendants and in that responding to written discovery and defending depositions will be time consuming, costly and probably rendered unnecessary or significantly curtailed due to the pending ruling on the Motion, Defendants' respectfully request that they not be subjected to discovery until such time as the Court rules on the Motion.

10. In addition, in the unlikely event of an adverse ruling, only after the ruling on the Motion can Defendants' gauge whether it will be necessary to issue/conduct discovery directed to the plaintiff (written discovery and depositions) to create a record for summary judgment and/or trial purposes.

11. As such, Defendants' suggest that discovery be stayed pending the Court's ruling on the Motion. The stay may save all parties unnecessary costs and fees.

**CERTIFICATE OF GOOD FAITH CONFERENCE**: Counsel for Defendants has contacted the pro se plaintiff to confer about the filing of this motion and the relief requested herein; however, plaintiff has not yet indicted whether she consents. Defendants are filing this motion in advance of the in person case management

conference scheduled for today at 2:30 P.M. E.S.T.  Plaintiff will have an opportunity to consent or not in open court.  That stated, Defendants do not expect that plaintiff consents or will consent to the filing of this motion to stay discovery or the relief requested therein.

WHEREFORE, in the interest of judicial economy and to prevent the unnecessary expenditure of additional time and costs and fees in this matter, Defendants' respectfully request that this Court enter an order staying discovery until the Court rules on the Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

DATED this 9th day of February, 2012.

        Respectfully Submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2465
Facsimile:   (866) 466-3140
kgrace@sessions-law.biz

*Attorneys for Defendants,*
*Asset Acceptance, LLC, Scott Meyer, Denise Owens, Colleen Ashley, Michelle Cristiano-Cummins, and Amanda Duffy*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February 2012, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing has been sent to Plaintiff via U.S. Mail to the following address:

Sheila R. Munoz *(Pro Se Plaintiff)*
2829 Hickory Ridge Dr., Lakeland, FL 33813

/s/ Kenneth C. Grace
Attorney

681421