UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:11-CV-2247-T-35TGW    DATE: FEBRUARY 9, 2012

TITLE: SHEILA MUNOZ -v- AMANDA ROATH DUFFY, et al.

TIME: 2:40 -3:19

| Honorable THOMAS G. WILSON | Deputy Clerk: Carrie Williams |
|---|---|
| Tape: Digital | Courtroom 12A |

| Attorney for Plaintiff: | Pro Se |
|---|---|
| Attorney for Defendants: | Kenneth Grace |

## PROCEEDING: CASE MANAGEMENT CONFERENCE

Court convened. Defendants stated that a motion to dismiss is pending and a motion to stay discovery was recently filed; court stated that motions have not been referred to Him and were not noticed for hearing/discussion. Defendants have drafted case management report with proposed dates and provided copy to plaintiff and court. Court inquired if plaintiff has background in law; plaintiff stated that she does not but only knows what she has studied. Plaintiff stated that the issues are result of counterclaim and things have been done. Court reviews dates in report and dates are established:

| | |
|---|---|
| Initial disclosures date: | February 29, 2012 |
| Discovery cut-off date: | July 31, 2012 |
| Expert testimony disclosure | April 30, 2012 (Plaintiff does not expect to have one; defendant will only seek expert if plaintiff does.) |
| Third-party claims or joinder: | April 30, 2012 |
| Disposition motions: | August 31, 2012 |

Information delivered in court that Judge Scriven was dismissing complaint for violating Rule 8 and that there will be 21 days to file amended complaint, plaintiff should remedy problems outlined by defendants; court explains to pro se plaintiff meaning of Rule 8.